U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JAN 27 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION
### CIVIL ACTION: 1:08-CV-1686

| | |
|---|---|
| Robert CLARKE,<br>Petitioner,<br><br>vs.<br><br>Ed GONZALEZ, Warden, LaSalle<br>Detention Facility; George H. LUND, III,<br>Field Office Director, ICE New Orleans<br>Field Office,<br>Respondents. | 08CV1686 - Sec P<br><br>**ORDER FOR ADMISSION<br>TO APPEAR<br>*PRO HAC VICE*** |

THIS MATTER COMES BEFORE THE COURT on a Motion for Leave to Appear Pro Hac Vice. The Motion for Leave to Appear Pro Hac Vice for Jeremy L. McKinney filed in the above-referenced matter, a Petition for Habeas Corpus is GRANTED and the Court herein waives the requirement of joinder of local counsel pursuant to LR 83.2.7 due to the hardship that Petitioner would suffer by joinder of local counsel, as representation is furnished by Mr. McKinney on a pro bono basis and Petitioner is without financial means or resource to engage local counsel.

As to the foregoing it is SO ORDERED this the ___ day of December, 2008.

_____
District Court Judge

JAMES D. KIRK
United States Magistrate Judge